**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TAYLOR,<br><br>           Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, a corporation, DOES 1 through 25, inclusive,<br><br>           Defendant. | CASE NO.  CV14-03234 JAK(SHx)<br>*Judge John A. Kronstadt*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE JS-6**<br><br>Courtroom:  750 – Roybal Bldg.<br>Trial Date:  None Set |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Stephanie Taylor and Defendant Aetna Life Insurance Company, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: June 4, 2014

_____
Hon. John A. Kronstadt
United States District Court Judge